THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Marsha Elaine
 Massey, Employee, Respondent,
 v.
 Werner
 Enterprises, Inc., Employer, and Liberty Mutual Insurance Corp., Carrier,  Petitioners.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal From Greenville County
 Doyet A. Early, III, Circuit Court Judge
Memorandum Opinion No.  2009-MO-034
Submitted June 24, 2009  Filed June 29,
 2009  
REVERSED AND REMANDED

 
 
 
 Stanley T.
 Case, of Butler, Means, Evins & Browne, of Spartanburg, for Petitioners.
 Kathryn Williams, of Greenville, for Respondent.
 
 
 

PER
 CURIAM:   Respondent filed a workers
 compensation claim to recover benefits payable as a result of an injury she
 suffered while allegedly employed by Werner Enterprises, Inc.  The single
 commissioner found for respondent, and the full commission affirmed.  Both the
 circuit court and the Court of Appeals affirmed.  Massey v. Werner
 Enterprises, Op. No.
 2008-UP-126 (S.C. Ct. App. filed Feb. 20, 2008).  Petitioners have filed a petition for a
 writ of certiorari seeking review of the Court of Appeals decision.  We grant the petition for a writ of certiorari,
 dispense with further briefing and remand this case to the Court of Appeals for
 further consideration of the issues on appeal, in light of the Courts recent opinion in Wilkinson v. Palmetto State Transp. Co., 382
 S.C. 295, 676 S.E.2d 700 (2009).
REVERSED
 AND REMANDED.

TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.